UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 4 |
| | ) | Misprision of Felony |
| YVONNE SMITH | ) | |

CR122-070

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Misprision of Felony*
18 U.S.C. § 4

On or about November 2, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

**YVONNE SMITH**,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Possession of Methamphetamine with Intent to Distribute in violation of Title 21, United States Code, Section 841(a)(1), did conceal the same by secreting the methamphetamine within her vehicle for the purpose of transporting the methamphetamine to 3214 Peach Orchard Road, Augusta, Georgia, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

*(Signatures follow on next page)*

2

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Jeremiah L. Johnson
Assistant United States Attorney
*Lead Counsel